UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES LYSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 7:21-CV-65-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant pay to
Plaintiff $3,784.50 in attorney's fees, in full satisfaction of any and all claims arising under the
Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the
Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, J.
Blair Biser, Hardison and Cochran, PLLC and mailed to his office at 7340 Six Forks Road,
Raleigh, NC 27615, in accordance with Plaintiffs assignment to her attorney of her right to
payment of attorney's fees under the Equal Access to Justice Act.

**This judgment filed and entered on December 8, 2022, and served on:**
Jonathan Blair Biser (via CM/ECF NEF)
Mark Goldenberg (via CM/ECF NEF)
Cassia W. Parson (via CM/ECF NEF)
Gabriel Deadwyler (via CM/ECF NEF)


December 8, 2022

PETER A. MOORE, JR., CLERK

 /s/ Debra Reznick
By: Deputy Clerk